NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**ANDREW CRAIG,**
*Appellant,*

**v.**

**KENNETH COLE PRODUCTIONS (LIC), INC.**
*Appellee.*

———————————

2011-1028

———————————

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in Opposition No. 91161781.

———————————

**JUDGMENT**

———————————

MARK D. SCHNEIDER, Gifford, Krass, Sprinkle, Anderson & Citkowski, P.C., of Troy, Michigan, argued for appellant. With him on the brief was ERNEST I. GIFFORD.

CATHY E. SHORE-SIROTIN, Lackenbach Siegel, LLP, of Scarsdale, New York, argued for appellee. With her on the brief was HOWARD N. ARONSON.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (BRYSON, DYK, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| June 9, 2011 | /s/ Jan Horbaly |
| Date | Jan Horbaly |
| | Clerk |